# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV11-00998 JAK (DBTx) | Date | January 3, 2012 |
| Title | Brenda Dally v. JFK Memorial Hospital, Inc. et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER REMANDING THE CASE TO STATE COURT JS-6**

Plaintiff originally filed this mater in the Superior Court of the State of California for the County of Riverside. Dkt. 1. Defendant United Hospital Workers Union ("UHW") removed the matter to federal court based on federal question jurisdiction as a result of the claims that Plaintiff had brought against the union, of which she has been a member and which allegedly represented her in connection with certain issues arising from her employment. 28 U.S.C. §§ 1331, 1441(b); 29 U.S.C. § 185; Dkt. 1. Plaintiff's complaint presented only state law claims. Defendant UHW moved to dismiss the claims against it. Dkt. 13. At a hearing on October 24, 2011, the Court dismissed the claims against UHW, with leave to amend, concluding, inter alia, that the union did not have respondeat superior liability, and could be pursued soley on claims of inadequate representation. Dkt. 36. The Court stated that if Plaintiff did not amend her complaint on or before November 7, 2011 in accordance with this ruling, the Court would remand the matter to the Superior Court from which it was removed. *Id.*

Plaintiff has elected not to amend her complaint. Dkt. 37. Accordingly, the claims against Defendant UHW are dismissed. Consistent with its October 24, 2011 Order, the Court remands the matter to the Superior Court for the County of Riverside (Case No. 1102320) for lack of subject-matter jurisdiction. 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | ak |